UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIGUEL RAFAEL, On His Own Behalf
and Others Similarly Situated.,

    Plaintiff,

v.                                                      Case No: 8:16-cv-695-T-17TGW

LEGOMATIC CONSTRUCTION, LLC and
ZMG CONSTRUCTION, INC.,

    Defendants.
_____

### ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

This cause came before the Court pursuant to the *Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice as to Defendant Legomatic Construction, LLC and Incorporated Memorandum of Law* (Doc. No. 66) (the "**Motion**") filed by the Plaintiffs, Miguel Rafael, *et al.* (the "**Plaintiffs**"), and Defendant, Legomatic Construction, LLC (the "**Defendant**"). Having reviewed the Motion, along with the parties' *Settlement Agreement and Release of FLSA Claims as to Defendant Legomatic Construction, LLC* (the "**Settlement Agreement**"), it is

**ORDERED** that the Motion is **GRANTED**. The Settlement Agreement is **APPROVED**, and the case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close this case, and to terminate any pending motions.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 20th day of October, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record